FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARK PETRAITIS, et al. | Case No. SACV 10-00106 AN |
| Plaintiffs, | JUDGMENT |
| v. | |
| HOME DEPOT USA Inc., et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT judgment is granted in favor of the defendants, and the entire action is dismissed with prejudice.

DATED: May 31, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE